[No. 15054-9-II. Division Two. August 26, 1993.]

*In the Matter of the Estate of* STENA FRALICK.

Appeal from a judgment of the Superior Court for Kitsap County, No. 86-4-00445-8, Karen B. Conoley, J., entered June 13, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14227-9-II. Division Two. August 26, 1993.]

DONALD M. SHAVE, ET AL, *Appellants*, v. THE STATE OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-01196-5, Richard A. Strophy, J., entered August 28, 1990. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.